# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| White, Helene N. | 6th Circuit | 9/21/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Active) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☑ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

211 W. Ford Street
Suite 1610
Detroit, Michigan 48226

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | NJH Associates |
| 2. Partner | NJHA Associates |
| 3. Partner | RNJH Associates, LTD |
| 4. Director / Vice President | RNJH Associates, Inc. |
| 5. Member | MWCM LLC |
| 6. Member | Powder, LLC |
| 7. Trustee | Trust #2 |
| 8. Trustee | Trust #3 |
| 9. Trustee | Trust #4 |
| 10. Director / President | ▨ Foundation #1 |
| 11. Director | ▨ Foundation #2 |
| 12. Custodian | Brokerage account #1 UGMA |
| 13. Custodian | Brokerage account #2 UGMA |
| 14. Trustee | Rholick Foundation |
| 15. Member | Home Properties, LLC |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 9/21/2015 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/81 | Wayne County, Michigan - Pension |
| 2. 1/1/81 | State of Michigan - Pension (See note Part VIII) |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Hibernia Bank | Mortgage on real estate | M |
| 2. | LTR 2010 Trust | Promissory Notes | P1 |
| 3. | US Trust | Line of Credit | P1 |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 9/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage account #1 (UBS) | | | | | | | | | |
| 2. - American Funds Balanced Fund class B | A | Dividend | J | T | | | | | |
| 3. - UBS money market | A | Interest | J | T | | | | | |
| 4. Brokerage account #2 (Baird) | | | | | | | | | |
| 5. - Baird MM fund | A | Interest | K | T | | | | | |
| 6. - ORCL | A | Dividend | K | T | | | | | |
| 7. - VAFAX | A | Dividend | J | T | | | | | |
| 8. - BTZ | B | Dividend | K | T | | | | | |
| 9. - FRDPX | B | Dividend | L | T | | | | | |
| 10. - SLMCX | A | Dividend | M | T | | | | | |
| 11. - SCAUX | A | Dividend | K | T | | | | | |
| 12. - FIF | C | Dividend | K | T | | | | | |
| 13. Brokerage account #3 (Baird) | | | | | | | | | |
| 14. - NWS | A | Dividend | J | T | | | | | |
| 15. - FOX | A | Dividend | K | T | | | | | |
| 16. - SCAUX | B | Dividend | J | T | | | | | |
| 17. - FRDPX | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 9/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - PHSTX | B | Dividend | K | T | | | | | |
| 19.   Brokerage account #4 cust UGMA ▮ (Baird) | | | | | | | | | |
| 20.   - ABALX | A | Dividend | J | T | | | | | |
| 21.   - VAFAX | A | Dividend | J | T | | | | | |
| 22.   - FRBAX | A | Dividend | J | T | | | | | |
| 23.   - SCAUX | B | Dividend | J | T | | | | | |
| 24.   Brokerage account #5 cust UGMA ▮ (Baird) | | | | | | | | | |
| 25.   - VAFAX | B | Dividend | K | T | | | | | |
| 26.   - ABALX | B | Dividend | J | T | Buy | 03/18/14 | J | | |
| 27.   Brokerage account #6 (Chase) | | | | | | | | | |
| 28.   - MJLXX | A | Interest | J | T | | | | | |
| 29.   - FPFC | | None | J | T | | | | | |
| 30.   - GENZ | | None | J | T | | | | | |
| 31.   - MSFT | A | Dividend | J | T | | | | | |
| 32.   Brokerage account #8 (Ameriprise) | | | | | | | | | |
| 33.   - Ameriprise Money Market Account | A | Interest | J | T | | | | | |
| 34.   - GE | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 9/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - ASEI | A | Dividend | J | T | | | | | |
| 36.  - RCMT | B | Dividend | J | T | | | | | |
| 37.  - SPLV | A | Dividend | J | T | Buy | 01/31/14 | J | | |
| 38.  Brokerage account #9 (Oppenheimer) | | | | | | | | | |
| 39.  - ADLXX | A | Interest | J | T | | | | | |
| 40.  - ASEI | A | Dividend | J | T | | | | | |
| 41.  - ELX | | None | J | T | | | | | |
| 42.  - QLGC | | None | K | T | | | | | |
| 43.  401k and 457 State of Michigan | | | | | | | | | |
| 44.  - SSga S&P 500 Index | | None | M | T | | | | | |
| 45.  - SSga MidCap Index | | None | N | T | | | | | |
| 46.  - SSga Russel 2000 Index | | None | N | T | | | | | |
| 47.  - Amer Funds Euro/Pac Gr | | None | M | T | | | | | |
| 48.  Wayne County Deferred Comp | | | | | | | | | |
| 49.  - Lord Abbott Mid Cap Fd | | None | J | T | | | | | |
| 50.  Israel Bonds ugma 4/10 | A | Interest | | | Redeemed | 04/14/14 | K | | |
| 51.  Isreal Bonds ugma 4/11 | A | Interest | | | Redeemed | 04/14/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 9/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Isreal Bonds ugma 4/11 | A | Interest | | | Redeemed | 04/14/14 | K | | |
| 53. Israel Bonds ugma 4/2010 | A | Interest | | | Redeemed | 04/14/14 | K | | |
| 54. RNJH Assoc. Ltd. Parnter | E | Int./Div. | N | T | | | | | |
| 55. Great Plains Energy Stock | A | Dividend | J | T | | | | | |
| 56. Marc Pharmaceutical stock | | None | J | T | | | | | |
| 57. Trust #2 RWRT GST A, Trustee | D | Int./Div. | N | T | | | | | |
| 58. - LP Int RNJH Asso. LTD - see lines 61-101 | | | | | | | | | |
| 59. Trust #3 RWRT GST B, Trustee | D | Int./Div. | N | T | | | | | |
| 60. - LP Int RNJH Asso. LTD - see lines 62-103 | | | | | | | | | |
| 61. RNJH Associates Ltd. (LP Interest) (pro rata share) | D | Int./Div. | N | T | | | | | |
| 62. - Acct # 1 Morgan Stanley | | | | | | | | | |
| 63. - - Seadrill Ltd | | | | | Sold | 09/15/14 | J | | |
| 64. - -Verizon Comm | | | | | | | | | |
| 65. - -IQ Hedge Multi-Strat Tracker | | | | | | | | | |
| 66. - - Energy Select Sect SpDR FD | | | | | Buy | 12/18/14 | J | | |
| 67. - - First TR Exchange Traded FD VI | | | | | Buy | 06/11/14 | K | | |
| 68. - - Janus Flexible Bond I | | | | | Buy | 06/11/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 9/21/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - - RS INV Quality Bond A | | | | | Buy | 09/26/14 | K | | |
| 70. - - Templeton Global Bond Fund Adv | | | | | Buy | 06/11/14 | L | | |
| 71. - - Guggenheim Mn Fd Futures Strat H | | | | | Sold | 06/11/14 | J | | |
| 72. - - IShares JP Morgan EM Bond Fd | | | | | | | | | |
| 73. - - IShares S&P Mid Cap 400 Growth | | | | | | | | | |
| 74. - - IShares S&P Sm Cap 600 Value | | | | | | | | | |
| 75. - - IShares Sm Cap 600 Growth | | | | | | | | | |
| 76. - - Powershares DB Comm Trk Inc. | | | | | Sold | 06/11/14 | K | | |
| 77. - - SPDR Barclays Capital High Yield | | | | | | | | | |
| 78. - - SPDR Barclays Capital International | | | | | | | | | |
| 79. - - Vanguard Emerging Markets ETF | | | | | | | | | |
| 80. - - Vanguard REIT ETF | | | | | | | | | |
| 81. - - Vanguard Total Market | | | | | Sold | 06/19/14 | K | | |
| 82. - - Blackrock Global Allocation A | | | | | | | | | |
| 83. - -Delaware Diversified Inc. A | | | | | | | | | |
| 84. - - First Eagle Global A | | | | | | | | | |
| 85. - - Ivy High Income A | | | | | Sold | 06/11/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 9/21/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - - Pimco Total Return A | | | | | Sold | 09/26/14 | J | A | |
| 87. - - Alerian MLP ETF | | | | | | | | | |
| 88. - - First Trust DJ GL SEL DVD | | | | | | | | | |
| 89. - - First Trust Large Cap Growth A | | | | | | | | | |
| 90. - - First Trust Large Cap Value AL | | | | | | | | | |
| 91. - - First Trust Multi Cap Value | | | | | | | | | |
| 92. - - IShares Barclays TIPS Bd Fd | | | | | Sold | 06/19/14 | J | | |
| 93. - - Invesco Balanced Risk Alloc A | | | | | | | | | |
| 94. - Acct # 2 - Morgan Stanley | | | | | | | | | |
| 95. - - Unit First Trust Int Rate Hedge 40 | | | | | Sold | 02/11/14 | J | | |
| 96. - - Unit First Trust Target Global | | | | | Buy | 06/16/14 | J | | |
| 97. - - Unit First Trust Senior Loan & Ltd 34 | | | | | Sold | 02/11/14 | L | | |
| 98. - - Unit First Trust ALT INC 5 | | | | | Buy | 05/05/14 | L | | |
| 99. - - Unit Guggenheim MLP2 | | | | | | | | | |
| 100. - - Unit Van Kampen High Inc All 2 | | | | | Sold | 01/30/14 | L | | |
| 101. - - Unit First Trust Strat Inc CE | | | | | Sold | 05/05/14 | K | | |
| 102. - - Unit First Trust Senior Loan | | | | | Buy | 01/01/14 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 9/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - - Unit First Trust Target Global Leaders | | | | | | | | | |
| 104. Trust # 4, RWLTITNAR, Trustee | F | Int./Div. | P1 | T | | | | | |
| 105. - - Credit Suisse MM Fund | | | | | | | | | |
| 106. - - Drefus Treasury Prime Inv. SH | | | | | | | | | |
| 107. - - IShares TR MSCI Emerging Mkts Index FD | | | | | Sold | 01/15/14 | L | | |
| 108. - - SPDR S&P 500 EFTR TR TR Unit | | | | | Sold | 01/15/14 | K | | |
| 109. - - Powershares QQQ TR Unit Series 1 | | | | | Sold | 01/15/14 | M | | |
| 110. - - Gaslog Ltd Shs | | | | | Buy | 10/17/14 | L | | |
| 111. - - Teekay Corp Shs | | | | | Buy | 09/30/14 | K | | |
| 112. - - Antero Midstream Partners | | | | | Buy | 11/05/14 | K | | |
| 113. - - Buckeye Partners LP Unit Ltd Part | | | | | Buy | 03/19/14 | M | | |
| 114. - - Crossamerica Partners | | | | | Buy | 12/16/14 | J | | |
| 115. - - Dominion Midstream Partners LP | | | | | Buy | 10/21/14 | K | | |
| 116. - - EQT Midstream Partners LP | | | | | Buy | 12/16/14 | K | | |
| 117. - - Energy Transfer Partners LP | | | | | Buy | 04/01/14 | M | | |
| 118. - - Energy Transfer Equity LP units | | | | | Buy | 03/06/14 | M | | |
| 119. - - Enlink Midstream Ream Partners LP | | | | | Buy | 03/31/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 9/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - - Enterprise Prods Partners LP | | | | | Buy | 05/15/14 | N | | |
| 121.  - - Exterran Partners LP | | | | | Buy | 03/10/14 | K | | |
| 122.  - - Genesis Eneergy LP | | | | | Buy | 06/11/14 | K | | |
| 123.  - - MPLX LP | | | | | Buy | 12/16/14 | K | | |
| 124.  - - Magellan Midstream Partners LP | | | | | Buy | 03/17/14 | M | | |
| 125.  - - Markwest Energy Partners LP | | | | | Buy | 02/27/14 | L | | |
| 126.  - - Oneok, Inc. New | | | | | Buy | 03/07/14 | K | | |
| 127.  - - Plains GP Holdings LP | | | | | Buy | 03/20/14 | M | | |
| 128.  - - QEP Midstream Partners LP | | | | | Buy | 04/03/14 | K | | |
| 129.  - - Rice Midsstream Partners LP | | | | | Buy | 12/17/14 | K | | |
| 130.  - - SemGroup Corp CL A | | | | | Buy | 12/09/14 | K | | |
| 131.  - - Shell Midstream Partners LP | | | | | Buy | 10/29/14 | M | | |
| 132.  - - Targa RES Corp | | | | | Buy | 11/10/14 | K | | |
| 133.  - - Tesoro Logistics LP | | | | | Buy | 07/08/14 | L | | |
| 134.  - - Western Refng Logistics LP | | | | | Buy | 03/06/14 | K | | |
| 135.  - - Westlake Chem Partners, LP | | | | | Buy | 07/30/14 | K | | |
| 136.  - - Williams Cos Inc. | | | | | Buy | 03/17/14 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 9/21/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Trust #5 RWLTITHW shared beneficial interest | D | Int./Div. | P1 | T | | | | | |
| 138. - - US Treasury MM Fund - Credit Suisse | | | | | | | | | |
| 139. - - Brokerage Account - Morgan Stanley | | | | | | | | | |
| 140. - - Alerian MLP ETF | | | | | Sold (part) | 06/11/14 | J | D | |
| 141. - - First Trust DJ GL SEL DVD | | | | | | | | | |
| 142. - - First Trust Large CAP Growth | | | | | | | | | |
| 143. - - First Trust Large CAP Value ETF | | | | | Sold (part) | 06/11/14 | J | C | |
| 144. - - First Trust Multi CAP Value | | | | | Sold (part) | 06/11/14 | J | A | |
| 145. - - IShares Barclays Tips BD FD | | | | | Sold | 06/11/14 | J | A | |
| 146. - - IShares JP Morgan EM Bond Fd | | | | | | | | | |
| 147. - - IShares S&P Sm Cap 600 Val | | | | | | | | | |
| 148. - - IShares Sm Cap 600 Growth | | | | | | | | | |
| 149. - - Powershares DB Comm TRK, Inc. | | | | | Sold | 06/11/14 | J | A | |
| 150. - - SPDR Barclays Capital High Yield | | | | | Sold | 06/11/14 | K | A | |
| 151. - - SPDR Barclays Capital International | | | | | Sold | 06/11/14 | J | | |
| 152. - - IShares S&P Mid Cap 400 Growth | | | | | Sold | 06/11/14 | J | B | |
| 153. - - Vanguard Total Bond Mkt | | | | | Sold | 06/11/14 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 9/21/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - - Vanguard EMG MKTS | | | | | | | | | |
| 155. - -Blackrock Global | | | | | | | | | |
| 156. - - Ivy Asset A | | | | | Sold | 06/11/14 | J | A | |
| 157. - - First Eagle Global A | | | | | | | | | |
| 158. - - Goldman Sachs Abslte Ret Trk A (GARTX) | | | | | Sold | 06/11/14 | J | A | |
| 159. - - Vanguard REIT | | | | | | | | | |
| 160. - -RYDEX/SGI Managed FUT STR A | | | | | Sold | 06/11/14 | J | A | |
| 161. - - RS Floating Rate A | | | | | Sold | 06/11/14 | J | A | |
| 162. - - Verizon Communications | | | | | Buy | 06/11/14 | J | | |
| 163. - - Energy Sel Sect SpDR Df | | | | | Buy | 12/18/14 | J | | |
| 164. - - First TR Exchange Traded Fd | | | | | Buy | 06/11/14 | J | | |
| 165. - - IQ Hedge Multi-Strat Tracker | | | | | Buy | 06/11/14 | J | | |
| 166. - - Delaware Diversified Inc Inst | | | | | Buy | 06/11/14 | K | | |
| 167. - - Invesco Balanced Risk Alloc Y | | | | | Buy | 06/11/14 | L | | |
| 168. - -Janus Flexible Bond I | | | | | Buy | 06/11/14 | J | | |
| 169. - - RS Inv Quality Bond A | | | | | Buy | 09/26/14 | K | | |
| 170. - - Templeton Global BD FD ADV | | | | | Buy | 06/11/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 9/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. MWCM LLC, Ltd Ptr, RE development Macomb MI | | None | L | W | | | | | |
| 172. Powder, LLC joint interest in condo in Copper Mtn, CO | | None | M | W | | | | | |
| 173. Condominium in Snowmass, Colorado | C | Rent | O | W | | | | | |
| 174. Residential property located in Snowmass, CO | B | Rent | P1 | W | | | | | |
| 175. NJH Associates, Partner | G | Rent | O | W | Distributed (part) | 06/30/14 | N | F | |
| 176. - Vendee's interest in unimproved CA property | | | | | | | | | |
| 177. - BJW Associates Real Estate NYC | | | | | | | | | |
| 178. - Lexington Ave Assoc Real Estate NYC | | | | | | | | | |
| 179. - First Sutton Assoc Real Estate NYC | | | | | | | | | |
| 180. - Asbury Plaza Venture, Real Estate, Chicago | | | | | | | | | |
| 181. - Alma Assoc. Real Estate Arkansas | | | | | | | | | |
| 182. - Belmont Madison Assoc Real Estate NYC | | | | | | | | | |
| 183. - Lincoln Terrace Assoc. NYC | | | | | | | | | |
| 184. NJHA Assoc., Partner | A | Interest | J | W | Distributed (part) | 06/30/14 | J | D | |
| 185. 4400 University Ltd Partnership | A | Interest | J | W | Distributed (part) | 09/10/14 | J | | |
| 186. 2001 Trust, shared beneficial interest | F | Int./Div. | O | T | | | | | |
| 187. - - Escrowed Funds - cash accounts held at BOA | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - - Escrowed Funds - cash accounts held at JPM | | | | | | | | | |
| 189. - - JPM Private Equity | | | | | | | | | |
| 190. - - JPM Tax Free MM | | | | | | | | | |
| 191. - - GSO Special Situations Fund | | | | | Buy | 06/30/14 | N | | |
| 192. - - Global Access PE Vintage 2014 | | | | | Buy | 06/30/14 | K | | |
| 193. - - JPMorgan Digital Growth Fund II, LP | | | | | Buy | 06/30/14 | M | | |
| 194. 2006 Trust, shared beneficial interest | A | Int./Div. | O | T | | | | | |
| 195. - - Escrowed Funds - cash accounts held at BOA | | | | | | | | | |
| 196. - - Escrowed Funds - cash accounts held at JPM | | | | | | | | | |
| 197. - - JPM Tax Free MM | | | | | | | | | |
| 198. - - GST Special Situations Fund | | | | | Buy | 06/30/14 | M | | |
| 199. 2007 Trust, shared beneficial interest | G | Int./Div. | P1 | T | | | | | |
| 200. - - Escrowed Funds - cash accounts held at BOA | | | | | | | | | |
| 201. - - Escrowed Funds - cash accounts held at JPM | | | | | | | | | |
| 202. - - JPM Private Equity | | | | | | | | | |
| 203. - - JPM Tax Free MM | | | | | | | | | |
| 204. LTR 2010 Trust, shared beneficial interest | G | Int./Div. | P2 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - - JP Morgan Money Market | | | | | | | | | |
| 206. - - JPM Tax Free Resv Sweep FD | | | | | | | | | |
| 207. - - City of NY NY Ref Pub Imp Bonds | | | | | | | | | |
| 208. - - City of NY NY Ref Pub Imps Bonds | | | | | | | | | |
| 209. - - City of NY NY Muni Wtr Bonds | | | | | | | | | |
| 210. - - RAI SPV2, LLC | | | | | | | | | |
| 211. - - Residential Fund 321, LLC | | | | | | | | | |
| 212. - - NADG US Supermarket Anchored Fund | | | | | | | | | |
| 213. - - GloStream | | | | | | | | | |
| 214. - - Trends Restaurant Group, LLC | | | | | | | | | |
| 215. - - Loans Receivable from self | | | | | | | | | |
| 216. - - Wells Fargo Acct | | | | | Distributed | 04/11/14 | J | | |
| 217. - - Mortgage Loan to F&M L | | | | | Redeemed | 04/28/14 | O | | |
| 218. - - Habitat (Ann Arbor Apts) Investment | | | | | | | | | |
| 219. - - NADG US Core Plus Acquisition Fund | | | | | | | | | |
| 220. - - Loan to Unit 610, LLC | | | | | Buy | 04/25/14 | N | | |
| 221. - - Bryant Mercer National Equity, LLC | | | | | Buy | 09/30/14 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 9/21/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - - Worthington Wood Apartments, LLC | | | | | Buy | 01/13/14 | L | | |
| 223. - - NT checking acct | | | | | | | | | |
| 224. - - NT Investment Account (see lines 225 - 404) | | | | | | | | | |
| 225. - - Abbvie Inc. | | | | | Sold | 04/15/14 | J | | |
| 226. - - Aflac, Inc. | | | | | | | | | |
| 227. - - Alexion Pharmaceuticals | | | | | | | | | |
| 228. - Altria Group | | | | | | | | | |
| 229. - -Amazon, Inc. | | | | | | | | | |
| 230. - -American Express Co. | | | | | Sold | 04/08/14 | J | | |
| 231. - - American Tower Corp | | | | | | | | | |
| 232. - - Ameriprise Financial, Inc. | | | | | | | | | |
| 233. - -Apache Corp | | | | | | | | | |
| 234. - - Apple, Inc. | | | | | | | | | |
| 235. - -Baxter Intl, Inc. | | | | | Sold | 09/26/14 | J | A | |
| 236. - -Biogen Idec, Inc. | | | | | | | | | |
| 237. - -Boeing Co. | | | | | Sold | 07/14/14 | J | | |
| 238. - -Caterpillar, Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - -Celgene Corp | | | | | | | | | |
| 240. - - Citigroup, Inc. | | | | | Buy | 07/15/14 | J | | |
| 241. - -Chevron Corp | | | | | Sold | 05/15/14 | J | | |
| 242. - -Coach, Inc. | | | | | Sold | 10/20/14 | J | | |
| 243. - -Colgate-Palmolive Co. | | | | | | | | | |
| 244. - - Conoco Phillips | | | | | Buy | 03/18/14 | K | | |
| 245. - -Continental Res, Inc. | | | | | | | | | |
| 246. - -Costco Wholesale Corp | | | | | | | | | |
| 247. - -Cummins, Inc. | | | | | | | | | |
| 248. - - CVS Health Corp | | | | | Buy | 12/10/14 | J | | |
| 249. - -Danaher Corp | | | | | | | | | |
| 250. - -Discover Financial Svcs | | | | | | | | | |
| 251. - -Du Pont E I De Nemours & Co | | | | | Sold | 03/27/14 | J | A | |
| 252. - -Eaton Corp PLC | | | | | Sold | 08/18/14 | J | A | |
| 253. - -EBay, Inc. | | | | | Sold | 06/30/14 | J | | |
| 254. - - EOG Resources | | | | | Buy | 04/30/14 | K | | |
| 255. - -Estee Lauder Companies, Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. --Express Scripts Holdg Co | | | | | Sold | 06/20/14 | J | A | |
| 257. --Exxon Mobil Corp | | | | | | | | | |
| 258. --Facebook, Inc. | | | | | | | | | |
| 259. --Gilead Sciences, inc. | | | | | | | | | |
| 260. --Google, Inc. Class A | | | | | | | | | |
| 261. -- Google, Inc., Class C | | | | | Spinoff (from line 260) | 03/27/14 | K | | |
| 262. --Grainger, W.W., Inc. | | | | | Sold | 02/11/14 | J | A | |
| 263. --Home Depot, Inc. | | | | | Sold | 04/03/14 | J | | |
| 264. -- Intercontinental Exchange Group | | | | | | | | | |
| 265. -- Intiutive Surgical | | | | | Buy | 02/13/14 | J | | |
| 266. --Kellogg Co | | | | | Sold | 03/19/14 | J | A | |
| 267. --LinkedIn Corp Class A | | | | | Sold | 01/06/14 | J | | |
| 268. -- Lockheed Martin Corp | | | | | | | | | |
| 269. --Lyondellbasell Industries | | | | | | | | | |
| 270. --Marathan Pete Corp | | | | | | | | | |
| 271. --Mastercard, Inc. | | | | | | | | | |
| 272. --McDonalds Corp | | | | | Sold | 01/23/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. - -McGraw Hill Financial Inc. | | | | | | | | | |
| 274. - - MetLife, Inc. | | | | | Buy | 12/10/14 | J | | |
| 275. - - MFB Northern FDS Stk Index Fund | | | | | | | | | |
| 276. - - MFB Northern Multi Manager Global | | | | | Buy | 02/20/14 | L | | |
| 277. - -Michael Kors Holdings Ltd | | | | | Sold | 05/20/14 | J | A | |
| 278. - -Microsoft Corp | | | | | | | | | |
| 279. - -Monsanto Co New | | | | | | | | | |
| 280. - - Moody's Corp | | | | | Buy | 05/30/14 | J | | |
| 281. - -Mylan Inc. | | | | | | | | | |
| 282. - - National Oilwell Varco | | | | | Sold | 08/18/14 | J | A | |
| 283. - -Nike, Inc. Class B | | | | | | | | | |
| 284. - -Nobel Energy, Inc. | | | | | | | | | |
| 285. - -Pepsico, inc. | | | | | Sold | 01/08/14 | J | A | |
| 286. - -Philip Morris Intl | | | | | | | | | |
| 287. - -Precision CastParts Corp | | | | | | | | | |
| 288. - -Price T. Rowe Group | | | | | Sold | 04/15/14 | J | A | |
| 289. - -The Priceline Group, Inc. (name change) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - -Qualcomm Inc. | | | | | Sold | 03/13/14 | J | A | |
| 291. - -Regeneron Pharmaceuticals, Inc. | | | | | | | | | |
| 292. - -Ross Stores, Inc. | | | | | | | | | |
| 293. - -SalesForce Com, Inc. | | | | | | | | | |
| 294. - - Schlumberger Ltd | | | | | | | | | |
| 295. - -Starbucks Corp | | | | | | | | | |
| 296. - -TJX Cos, Inc. | | | | | | | | | |
| 297. - -United Parcel Svc | | | | | | | | | |
| 298. - - Valero Energy Corp | | | | | Buy | 09/26/14 | J | | |
| 299. - - Verizon Communications | | | | | | | | | |
| 300. - -Walt Disney Co. | | | | | | | | | |
| 301. - Western Digital Corp. | | | | | | | | | |
| 302. - -Whole Foods Mkt | | | | | Sold | 04/21/14 | J | | |
| 303. - -Yum Brands, Inc. | | | | | | | | | |
| 304. - - AES Corp | | | | | | | | | |
| 305. - -Alliance Data Systems | | | | | Buy | 01/30/14 | J | | |
| 306. - -American Cap Agy Corp | | | | | Sold | 05/16/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 9/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - -Apartment Invt & Mgmt Co | | | | | | | | | |
| 308. - -Biomarin Pharmaceutical Inc. | | | | | Sold | 04/28/14 | J | | |
| 309. - -Campbell Soup Co. | | | | | | | | | |
| 310. - -CBOE Holdings, Inc. | | | | | | | | | |
| 311. - -CF Inds Holds, Inc. | | | | | | | | | |
| 312. - -Church & Dwight Inc. | | | | | Sold | 12/10/14 | J | A | |
| 313. - - Citrix Systems, Inc. | | | | | Sold | 05/06/14 | J | | |
| 314. - -Easton Vanc Corp | | | | | | | | | |
| 315. - -Edwards Lifescinences Corp | | | | | | | | | |
| 316. - - Goodyear Tire & Rubber Co. | | | | | Buy | 04/30/14 | J | | |
| 317. - -Endo Health Solutions, Inc. | | | | | Sold | 01/16/14 | J | A | |
| 318. - -Herbalife Ltd | | | | | Sold | 02/04/14 | J | | |
| 319. - -Hollyfrontier Corp | | | | | Sold | 05/06/14 | J | A | |
| 320. - - Intuitive Surgical Inc. | | | | | Sold | 04/03/14 | J | A | |
| 321. - -Jacobs Energy Group | | | | | Sold | 03/27/14 | J | A | |
| 322. - -Joy Global, Inc. | | | | | Sold | 01/16/14 | J | | |
| 323. - - Kansas City Southern | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 9/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - - Kla-Tencor Corp | | | | | Sold | 01/31/14 | J | A | |
| 325. - - MFB Northern Mid Cap Index Fund | | | | | | | | | |
| 326. - - MFB Northern Multi-Manager Mid Cap Fund | | | | | | | | | |
| 327. - - Mohawk Inds Inc. | | | | | Buy | 04/21/14 | J | | |
| 328. - -Murphy Oil Corp | | | | | Sold | 04/30/14 | J | | |
| 329. - -Newmarket Corp | | | | | | | | | |
| 330. - -Oasis Pete Inc. | | | | | Sold | 05/16/14 | J | A | |
| 331. - -Panera Bread Co. | | | | | Sold | 01/30/14 | J | | |
| 332. - -Patterson-UTI Energy | | | | | Sold | 02/27/14 | J | A | |
| 333. - -Rockwell Collins, Inc. | | | | | | | | | |
| 334. - - Sensata Technologies | | | | | Buy | 04/30/14 | J | | |
| 335. - - Spirit Airlines | | | | | Buy | 06/03/14 | K | | |
| 336. - - Verisk Analytics | | | | | Buy | 08/11/14 | J | | |
| 337. - -RPC, Inc. | | | | | Sold | 02/04/14 | J | A | |
| 338. - -SLM Corp | | | | | Sold | 05/30/14 | J | | |
| 339. - -SM Energy Co. | | | | | Sold | 04/16/14 | J | | |
| 340. - -Stericycle, Inc. | | | | | Sold | 01/08/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - - Tractor Supply Co | | | | | Sold | 07/15/14 | J | | |
| 342. - -Trimble Nav Ltd. | | | | | Sold | 12/10/14 | J | | |
| 343. - -United Therapeutics Corp | | | | | Sold | 02/04/14 | J | A | |
| 344. - -Valmont Inds, Inc. | | | | | Sold | 10/14/14 | J | | |
| 345. - -Waddell & Reed Financial | | | | | | | | | |
| 346. - -Western Union Co | | | | | | | | | |
| 347. - - Whirlpool Corp | | | | | Buy | 04/21/14 | J | | |
| 348. - -Landstar Systems, Inc. | | | | | Sold | 03/07/14 | J | A | |
| 349. - -MFC Ishares Trust Core S&P Small Cap ETF | | | | | | | | | |
| 350. - -MFO DFA US Small Cap Portfolio | | | | | | | | | |
| 351. - - Ultra Pete Corp | | | | | Sold | 04/07/14 | J | A | |
| 352. - -Catamaran Corp | | | | | Sold | 12/10/14 | J | A | |
| 353. - -MFB Northern Intl Equity Index Fund | | | | | | | | | |
| 354. - - Atwood Oceanics | | | | | Buy | 09/29/14 | K | | |
| 355. - -MFC FlexShares TR Morninginstar Dev Market Ex US Factor Fd | | | | | | | | | |
| 356. - -MFC Spdr Index Shs Fds Dow Jones Intl Real Estate ETF | | | | | | | | | |
| 357. - -MFO Neuberger Berman Equity Fds Intl Institutional Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 9/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. --NXP Semiconductiors NV Com | | | | | | | | | |
| 359. --ARM Holdings PLC Sponsored ISIN | | | | | | | | | |
| 360. --MFB Northern Funds Multi-Manager Emerging Mkts Fund | | | | | | | | | |
| 361. --MFB Northern Funds Emerging Mkts Equity Index Fund | | | | | | | | | |
| 362. --MFO DFA Invt Dimensions Group, Inc. Emerging Mkts Core | | | | | | | | | |
| 363. -- Nationstar Mtg Holding | | | | | Buy | 05/30/14 | J | | |
| 364. -- Oasis Pete Inc. | | | | | Buy | 01/13/14 | J | | |
| 365. -- Oil Sts Intl Inc. | | | | | Buy | 09/29/14 | K | | |
| 366. --Southern Copper Corp Del | | | | | Sold | 08/04/14 | J | B | |
| 367. --MFB Northern Funds Multi Manager High Yield Opp Fund | | | | | | | | | |
| 368. -- MFB Northern High Yield Fixed Income Fund | | | | | | | | | |
| 369. -- 2014 Minnesota State 5.0% | | | | | | | | | |
| 370. --Pennsylvania State Second Ser 5.0% | | | | | Sold | 06/02/14 | L | | |
| 371. --University Ark Univ Resv 5.0% | | | | | Sold | 11/03/14 | L | | |
| 372. --2015 Cherry Hill Twp NJ 2.0% | | | | | | | | | |
| 373. --New York State 3.5% | | | | | | | | | |
| 374. -- 2018 Davis County Utah School District 4.0% | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 9/21/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375.  - - Howard Co MD 5.0% | | | | | Sold | 08/20/14 | L | A | |
| 376.  - -Wake County NC 4.0% | | | | | Sold | 09/09/14 | L | A | |
| 377.  - - Bartow County GA 5.0% | | | | | | | | | |
| 378.  - -Delaware State 3.0% | | | | | Sold | 01/14/14 | L | | |
| 379.  - - Maryland State 4.0% | | | | | Buy | 10/15/14 | L | | |
| 380.  - - Massachusetts State 4.0% | | | | | Buy | 07/01/14 | L | | |
| 381.  - -Minnesota State 5.0% | | | | | Sold | 06/02/14 | L | | |
| 382.  - - New York, NY 5.0% | | | | | | | | | |
| 383.  - - Ohlone California 5.0% | | | | | Buy | 09/25/14 | M | | |
| 384.  - -Pennsylvania Economic Dev Fing Auth 5.0% | | | | | | | | | |
| 385.  - -Raleigh NC 5.0% | | | | | | | | | |
| 386.  - -Texas State 5.0% | | | | | | | | | |
| 387.  - -Washington State 5.0% | | | | | | | | | |
| 388.  - - Alpine Utah Sch Dist 5.0% | | | | | Buy | 10/30/14 | L | | |
| 389.  - - Duchesne Cnty Utah Sch Dist 5.0% | | | | | Buy | 01/16/14 | L | | |
| 390.  - -Eagel Garfield & Routt County Colorado School Dist 5.0% | | | | | | | | | |
| 391.  - - Georgia State 5.0% | | | | | Buy | 07/17/14 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 9/21/2015 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. - -New York State Dorm Auth St Pers Income Tax Rev 5.0% | | | | | | | | | |
| 393. - - Ohio State 5.0% | | | | | Buy | 05/06/14 | L | | |
| 394. - -University Texas Univ Revs 5.0% | | | | | | | | | |
| 395. - -California State 5.5% | | | | | | | | | |
| 396. - - MFB Northern Fds High Yield Muni Fund | | | | | | | | | |
| 397. - - MFC Flexshares TR IBOXX 3 year target Tips Index Fund | | | | | | | | | |
| 398. - -MFC Flexshares TR IBOXX 5 year target Tips Index Fund | | | | | | | | | |
| 399. - -MFB Northern Funds Multi Manager Global Real Estate Fund | | | | | | | | | |
| 400. - - MFO DFA Intl Small Co Portfolio Fund | | | | | Buy | 02/20/14 | K | | |
| 401. - - MFC Flexshares TR Morningstar Global Upstream Nat ResFd | | | | | | | | | |
| 402. - -MFO RS Invt TR Global Natural Res Fund Fd Cl Y | | | | | Sold | 12/10/14 | K | | |
| 403. - - MFO Pimco Fds Pac Invt Mgmt Ser Commodity Real Return | | | | | Sold | 02/20/14 | K | | |
| 404. - -MFB Northern Funds Mun Money Market Fund | | | | | | | | | |
| 405. - LTR 2010 TR - Morgan Stanley Inv Acct (see lines 400-434) | | | | | Open | 02/21/14 | P2 | | |
| 406. - - Morgan Stanley Money Market Account | | | | | Open | 02/21/14 | J | | |
| 407. - - Morgan Stanley Bank N.A. Deposit Program | | | | | Open | 02/21/14 | N | | |
| 408. - - Morgan Stanley Private Bank, N.A. Deposit Program | | | | | Open | 02/21/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 29 of 56

**Name of Person Reporting**

White, Helene N.

**Date of Report**

9/21/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. - - Alerian MLP ETF | | | | | Buy | 10/15/14 | L | | |
| 410. - - Energy Sel Sect SpDR FD | | | | | Buy | 12/18/14 | K | | |
| 411. - - First TR Exchange Traded FD VI | | | | | Buy | 10/15/14 | L | | |
| 412. - - First Trust DJ GL SEL DVD | | | | | Buy | 10/15/14 | M | | |
| 413. - - First Trust Large Cap Growth Fund A | | | | | Buy | 10/15/14 | M | | |
| 414. - - First Trust Lrg Cap Value AL | | | | | Buy | 10/15/14 | M | | |
| 415. - - First Trust Multi Cap Value | | | | | Buy | 10/15/14 | M | | |
| 416. - - IQ Hedge Multi-Strat Tracker | | | | | Buy | 10/15/14 | L | | |
| 417. - - IShares S&P Mid-Cap 400 G ETF | | | | | Buy | 10/15/14 | L | | |
| 418. - - IShares S&P Small Cap 600 V ETF | | | | | Buy | 10/15/14 | L | | |
| 419. - - Powershares DB Comm Trk Inc | | | | | Buy | 10/15/14 | K | | |
| 420. - - Vanguard FTSE Emerging Markets | | | | | Buy | 10/15/14 | L | | |
| 421. - - Vanguard REIT ETF | | | | | Buy | 10/15/14 | M | | |
| 422. - - Miami-Dade Co FL School Board CTFS Partn Ser-A | | | | | Buy | 02/21/14 | M | | |
| 423. - - Detroit Mich Sew Disp Rev Ref Ser-C | | | | | Buy | 02/21/14 | N | | |
| 424. - - Miami-Dade Cnty FL Edl Facs Auth Rev | | | | | Buy | 02/21/14 | M | | |
| 425. - - Detroit Mich Sew Disp Rev Ref Ser-A | | | | | Buy | 02/21/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 9/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - -Philadelphia PA Wtr & Waste Wtr Rev Ref Ser - A | | | | | Buy | 02/21/14 | L | | |
| 427. - -Chicago Ill Genl Oblig Proj & Ref Ser-A | | | | | Buy | 02/21/14 | M | | |
| 428. - -Florida St Dept Env Protn Preservation Rev Ser B | | | | | Buy | 02/21/14 | M | | |
| 429. - - Sunrrise, FL Util Sys Rev Rfdg | | | | | Buy | 02/21/14 | M | | |
| 430. - - Utah Water Fin Agy Rev Loan Fing Prog-B | | | | | Buy | 02/21/14 | M | | |
| 431. - - Allegheny Cnty PA Genl Oblig | | | | | Buy | 02/21/14 | M | | |
| 432. - - Nevada State Sys of Higher Edu Univ Rev Ser-A | | | | | Buy | 02/21/14 | L | | |
| 433. - - Wisconsin St Health & Edl Facs Auth Rev B-3 Marquette U | | | | | Buy | 02/21/14 | M | | |
| 434. - - Blackrock Global Allocation 1 | | | | | Open | 02/21/14 | M | | |
| 435. - - First Eagle Global 1 | | | | | Open | 02/21/14 | M | | |
| 436. - - Invesco Balanced Risk Allocation Y | | | | | Open | 02/21/14 | N | | |
| 437. - -Templeton Global Bond Fund Adv | | | | | Open | 02/21/14 | M | | |
| 438. - - Unit Guggenheim MLP 3 | | | | | Open | 02/21/14 | M | | |
| 439. - - Unit First Trust Alternative Income 3 | | | | | Buy | 01/30/14 | M | | |
| 440. Estate ▓ - Administratrix | None | | | | Distributed | 01/02/14 | P2 | | |
| 441. - - BOA Checking Acct #1 | | | | | Distributed | 01/02/14 | K | | |
| 442. - - BOA Checking Acct #2 | | | | | Distributed | 01/02/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 56

Name of Person Reporting

White, Helene N.

Date of Report

9/21/2015

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. - - Escrowed Funds - cash accts BOA & JPM (no control) | | | | | Distributed | 01/02/14 | P1 | | |
| 444. - - BOA Brokerage Acct (see below) | | | | | Distributed | 01/02/14 | K | | |
| 445. - - Columbia (BOFA) NY Tax Exempt Reserves | | | | | Distributed | 01/02/14 | K | | |
| 446. - - CMA Ultra Short Term Bond Fund | | | | | Distributed | 01/02/14 | K | | |
| 447. - - Marc Pharmaceutical stock | | | | | Distributed | 01/02/14 | K | | |
| 448. - - Smith Barney Brokerage Account | | | | | Distributed | 01/02/14 | K | | |
| 449. - - - Entrada Networks, Inc. | | | | | Distributed | 01/02/14 | K | | |
| 450. - - - Neo-Stem, Inc. | | | | | Distributed | 01/02/14 | K | | |
| 451. - - - Zhone Technolgies | | | | | Distributed | 01/02/14 | K | | |
| 452. ▢ TR ▢ | A | Int./Div. | P1 | W | | | | | |
| 453. - - Membership Int in LFT, LLC | | | | | | | | | |
| 454. - - Wachovia account | | | | | | | | | |
| 455. - - UBS acct | | | | | | | | | |
| 456. - - Membership interest in Unit 610, LLC | | | | | | | | | |
| 457. ▢ TR ▢ | A | Int./Div. | P1 | W | | | | | |
| 458. - - Membership Int in LFT, LLC | | | | | | | | | |
| 459. - - Wachovia account | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 56

**Name of Person Reporting**

White, Helene N.

**Date of Report**

9/21/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. - - Membership interest in Unit 610, LLC | | | | | | | | | |
| 461. Promissory Note from ▨ trust ▨ | F | Interest | P1 | T | | | | | |
| 462. Promissory Note from ▨ trust - ▨ | F | Interest | P1 | T | | | | | |
| 463. Promissory Note from ▨ trust-▨ | D | Interest | M | T | | | | | |
| 464. Promissory Note from ▨ trust▨ | D | Interest | M | T | | | | | |
| 465. Rohlik Foundation, Inc., Trustee | E | Int./Div. | P1 | T | | | | | |
| 466. - Fidelity Brokerage Acct MM Cash | | | | | | | | | |
| 467. - - Nobel Corp. (NE) | | | | | Sold | 04/25/14 | K | | |
| 468. - - ADT Corp Com (ADT) | | | | | | | | | |
| 469. - - AGL Res Inc. (GAS) | | | | | Sold | 06/09/14 | K | D | |
| 470. - - American Airlines Group | | | | | Buy | 05/27/14 | K | | |
| 471. - - American Financial Group (AFG) | | | | | | | | | |
| 472. - - Apache Corp (APA) | | | | | | | | | |
| 473. - - Apple, Inc. (AAPL) | | | | | Sold (part) | 11/10/14 | K | D | |
| 474. - - Ashland, Inc. (ASH) | | | | | | | | | |
| 475. - - AT&T Inc. | | | | | Sold | 07/24/14 | K | B | |
| 476. - - Atwood Oceanics, Inc. | | | | | Buy | 04/25/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 33 of 56

Name of Person Reporting

White, Helene N.

Date of Report

9/21/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. - - Avago Technologies (AVGO) | | | | | Sold | 02/20/14 | K | D | |
| 478. - - Babcock & Wilcox Co New | | | | | | | | | |
| 479. - - Berkshire Hathaway, Inc. (BRKB) | | | | | | | | | |
| 480. - - BOK Financial Corp | | | | | Buy | 06/10/14 | K | | |
| 481. - - Bunge Ltd Com | | | | | | | | | |
| 482. - - Cardinal Health Inc. | | | | | | | | | |
| 483. - - CVS Caremark Corp (CVS) | | | | | | | | | |
| 484. - - Chicago Bridge & Iron (CBI) | | | | | | | | | |
| 485. - - Cisco Systems, Inc. | | | | | Buy | 02/07/14 | K | | |
| 486. - - Corrections Corp Amer New Com | | | | | | | | | |
| 487. - - Cummins Inc. | | | | | Buy | 03/07/14 | K | | |
| 488. - - Denbury Res Inc. (DNR) | | | | | | | | | |
| 489. - - Dicks Sporting Goods | | | | | Buy | 09/12/14 | K | | |
| 490. - - Discovery Communications | | | | | Buy | 12/16/14 | K | | |
| 491. - - Eaton Vance Corp | | | | | Buy | 07/07/14 | K | | |
| 492. - - Expeditors Intl | | | | | Buy | 01/10/14 | J | | |
| 493. - - Exact Sciences Corp (EXAS) | | | | | Sold | 01/10/14 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 56

**Name of Person Reporting**

White, Helene N.

**Date of Report**

9/21/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. - - Express Scripts (ESRX) | | | | | Sold (part) | 05/05/14 | K | D | |
| 495. - - FXCM Inc. | | | | | Sold | 12/16/14 | K | A | |
| 496. - -Fifth Third Bancorp | | | | | | | | | |
| 497. - - First Citizens Bancshares | | | | | | | | | |
| 498. - - GlaxoSmithKline ADR | | | | | | | | | |
| 499. - - Global Brass & Copper Holdings | | | | | Sold | 12/16/14 | K | | |
| 500. - - Google, Inc. CL A (GOOG) | | | | | | | | | |
| 501. - - Google, Inc. CL C | | | | | Spinoff (from line 500) | 04/03/14 | J | | |
| 502. - - Greif Inc. Class A | | | | | | | | | |
| 503. - - HCA Holdings, Inc. | | | | | | | | | |
| 504. - - Hologic Inc. | | | | | | | | | |
| 505. - - Ingredion, Inc. | | | | | Buy | 02/26/14 | K | | |
| 506. - - Jones Lang LaSalle, Inc. | | | | | Sold | 03/14/14 | K | D | |
| 507. - - Joy Global, Inc. | | | | | Buy | 03/14/14 | K | | |
| 508. - - JP Morgan (JPM) | | | | | | | | | |
| 509. - - Kinder Morgan, Inc. DEL | | | | | | | | | |
| 510. - - Kla-Tencor Corp | | | | | Sold | 07/08/14 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 56

Name of Person Reporting

White, Helene N.

Date of Report

9/21/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. - - LAM Research Corp | | | | | | | | | |
| 512. - - Medtronic, Inc. | | | | | Buy | 12/23/14 | K | | |
| 513. - - Navigators Group, Inc. | | | | | | | | | |
| 514. - - Northeast Utilities (NU) | | | | | Buy (add'l) | 01/13/14 | J | | |
| 515. - - Norweigian Cruise Line Holdings, Ltd | | | | | Sold | 05/20/14 | L | C | |
| 516. - - Oracle Corp (ORCL) | | | | | | | | | |
| 517. - - Paccar, Inc. | | | | | Buy | 03/05/14 | K | | |
| 518. - - PetSmart, Inc. | | | | | Buy | 05/22/14 | L | | |
| 519. - - Pfizer, Inc. (PFE) | | | | | | | | | |
| 520. - - Pico Holdings Inc. | | | | | Sold | 12/15/14 | K | | |
| 521. - - Proctor & Gamble Co (PG) | | | | | | | | | |
| 522. - - Qualcomm Inc. | | | | | Sold | 06/30/14 | K | D | |
| 523. - - Select Sector SPDR | | | | | Buy | 01/29/14 | K | | |
| 524. - - Stewart Information Svcs Corp | | | | | | | | | |
| 525. - - Synopsys, Inc. | | | | | | | | | |
| 526. - - Teradata Corp Del | | | | | | | | | |
| 527. - - Union Pacific Corp | | | | | Buy | 01/09/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 56

Name of Person Reporting

White, Helene N.

Date of Report

9/21/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528.  - - Vectren Corp | | | | | | | | | |
| 529.  - - Verizon Communications (VZ) | | | | | Sold | 02/06/14 | K | A | |
| 530.  - - Viacom, Inc. | | | | | Buy | 06/10/14 | K | | |
| 531.  - - White Mountains Insurance Group | | | | | | | | | |
| 532.  - - US Treas Nts 2/28/2013 | | | | | | | | | |
| 533.  - - US Treas Nts 2/15/2018 | | | | | | | | | |
| 534.  - - (3) Israel Bonds | | | | | | | | | |
| 535.  W Fam Foundation, Director and President | E | Int./Div. | N | T | | | | | |
| 536.  - - Raymond James Bank Dep Program | | | | | | | | | |
| 537.  - -Invesco Convertible Securities Fund Class A | | | | | | | | | |
| 538.  - - Dodge & Cox Income Fund | | | | | | | | | |
| 539.  - -Federated Int'l Strategic Value Div Fd | | | | | Buy | 01/02/14 | K | | |
| 540.  - - Lateef Fund I | | | | | | | | | |
| 541.  - - Wasatch 1st Source Monogram Fund | | | | | Sold | 12/04/14 | K | | |
| 542.  - - Invesco Balanced Risk Alloc Fund Cl A | | | | | | | | | |
| 543.  - - Nuveen Santa Barbara Growth A | | | | | | | | | |
| 544.  - -Osterweis Strat Income Fund | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 37 of 56

Name of Person Reporting

White, Helene N.

Date of Report

9/21/2015

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 545. - - First Eagle Fund of America CL A | | | | | | | | | |
| 546. - -Prudential Floating Rate Income Fund | | | | | | | | | |
| 547. - - Prudential Short Duration High Yield Income Fund | | | | | Sold | 07/28/14 | K | | |
| 548. - - Wells Fargo Absolute Return Ad Admin | | | | | | | | | |
| 549. - - Gotham Absolute Return Fund | | | | | Buy | 12/05/14 | K | | |
| 550. - -Litman Gregory Masters Alternative Strgy Fund | | | | | Buy | 10/02/14 | J | | |
| 551. R Fam. Foundation, Director | F | Int./Div. | P1 | T | | | | | |
| 552. - - CS Cyclical Sect Rel Perf NT | | | | | Buy | 02/07/14 | K | | |
| 553. - - Cullen High DIvidend Equity Fund | | | | | | | | | |
| 554. - - GS Bren SPX 1/2/14 | | | | | Sold | 01/02/14 | K | C | |
| 555. - -GS Market Plus SPX | | | | | Sold | 06/25/14 | K | D | |
| 556. - - JPM Larg Cap Growth FD - SEL | | | | | | | | | |
| 557. - - SIT MUT FDS Inc Dividend Growth | | | | | | | | | |
| 558. - - SPDR S&P 500 ETF Trust | | | | | | | | | |
| 559. - - Aston River Rd Div All CAP VAL FD | | | | | Sold | 05/16/14 | J | A | |
| 560. - - IShares S&P Mid Cap 400 Index Fund | | | | | Sold | 05/20/14 | J | A | |
| 561. - - Ishares Core S&P Mid-Cap ETF | | | | | Buy | 01/24/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562.  - - Artisan Intl Value Fund - Inv | | | | | | | | | |
| 563.  - - Dodge & Cox International Stock | | | | | | | | | |
| 564.  - - IShares MSCI EAFE Index Fund | | | | | | | | | |
| 565.  - - Vanguard FTSE Europe ETF | | | | | Sold | 05/20/14 | K | B | |
| 566.  - - Brown Adv Japan Alpha Opp IS | | | | | Buy | 03/24/14 | K | | |
| 567.  - - Aberdeen Asia Pacifi Ex Japan Equity Inst Fd | | | | | | | | | |
| 568.  - - JPM Global RES ENH Index Fund | | | | | Buy | 10/10/14 | M | | |
| 569.  - - Matthews Asia Div Inst | | | | | Sold | 05/16/14 | K | C | |
| 570.  - - Virtus Emerging Mkts Oppor - I | | | | | Sold | 01/21/14 | M | | |
| 571.  - - Eaton Vance Mut Fds TR Global Macro - I | | | | | | | | | |
| 572.  - - Equinox Funds TR | | | | | | | | | |
| 573.  - - Gateway Fund - Y | | | | | | | | | |
| 574.  - - Goldman Sachs TR | | | | | Buy | 03/05/14 | L | | |
| 575.  - -Gotham Absolute Return Fund | | | | | Buy | 03/05/14 | K | | |
| 576.  - -HSBC Funds | | | | | Buy | 03/06/14 | L | | |
| 577.  - - BARC Market Plus WTI | | | | | Buy | 04/16/14 | J | | |
| 578.  - - Pimco Unconstrained Bond-P | | | | | Sold | 03/06/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. - - JPM Daily Return Note | | | | | Buy | 07/11/14 | K | | |
| 580. - - Pimco Commodity PL Strat-P | | | | | | | | | |
| 581. - - Doubleline FDS TR | | | | | | | | | |
| 582. - - Eaton Vance Floating Rate I | | | | | Sold | 04/07/14 | K | | |
| 583. - - JPM Strat Income Opport Fund - SEL | | | | | | | | | |
| 584. - - JPM Short Duration Bond Fund - SEL | | | | | | | | | |
| 585. - -JPM Inflation MGD Bond Fund - SEL | | | | | | | | | |
| 586. - - Blackrock High Yield Bond | | | | | | | | | |
| 587. - - Templeton Global Bond Fund - AD | | | | | Sold | 01/21/14 | L | B | |
| 588. - - WTS American Intl Group, Inc. | | | | | | | | | |
| 589. Brokerage Acct #10 (Baird - fna McAdams Wright Ragen) | | | | | | | | | |
| 590. - - Money Market Fund - FPRXX | B | Dividend | M | T | | | | | |
| 591. - - Ash Grove Cem Co. | B | Dividend | M | T | | | | | |
| 592. - - Automatic Data Processing | D | Dividend | N | T | | | | | |
| 593. - - Berkshire Hataway Inc. Del CL A Fmly Common | | None | N | T | | | | | |
| 594. - - Boswell JG CO Com | C | Dividend | N | T | | | | | |
| 595. - - Bristol Myers Squibb | D | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. - - Broadridge Financial Solutions | C | Dividend | N | T | Buy | 11/10/14 | N | | |
| 597. - - CDK Global, Inc. | A | Dividend | L | T | Buy | 10/06/14 | J | | |
| 598. - -CH Robinson Worldwide | C | Dividend | N | T | Buy | 11/10/14 | M | | |
| 599. - - Coca Cola Co. | C | Dividend | M | T | | | | | |
| 600. - - Columbia Sportsware | B | Dividend | | | Sold | 03/18/14 | N | G | |
| 601. - - Corning, Inc. | | None | | | Sold | 01/02/14 | N | G | |
| 602. - - Digital Realty TR Inc | D | Dividend | M | T | | | | | |
| 603. - - El Paso Pipeline Partners LP Com Unit LTD | | None | | | Sold | 03/28/14 | M | F | |
| 604. - - Enterprise Products PPTNS LP | | None | | | Sold | 03/27/14 | N | G | |
| 605. - - Entergy New Orleans PFD | D | Dividend | M | T | | | | | |
| 606. - - Exxon Mobil Corp | D | Dividend | M | T | | | | | |
| 607. - - First Natl BK Alaska | C | Dividend | L | T | | | | | |
| 608. - - Health Care Reit, Inc. | D | Dividend | M | T | Buy | 11/10/14 | M | | |
| 609. - - Intel Corp | D | Dividend | N | T | | | | | |
| 610. - - Johnson & Johnson | C | Dividend | M | T | Sold (part) | 03/07/14 | K | E | |
| 611. - - Kohl's Corp | B | Dividend | | | Sold | 08/15/14 | L | D | |
| 612. - - Merck & Co, Inc. New Com N/C | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. - - Microsoft Corp. | C | Dividend | M | T | | | | | |
| 614. - - Mosaic Co. New Com | A | Dividend | M | T | Buy | 11/10/14 | M | | |
| 615. - - Nestle SA Spon | D | Dividend | N | T | | | | | |
| 616. - - Novo-Nordisk AS ADR | D | Dividend | N | T | | | | | |
| 617. - - NSTAR Elec Co PFD | D | Dividend | M | T | | | | | |
| 618. - - PAC CAR Inc Com | D | Dividend | N | T | | | | | |
| 619. - - Pardee Resources Co. | C | Dividend | M | T | | | | | |
| 620. - - Penn VA Resource (PVR) Partners LP Com Unit Repstg LTD | | None | | | Sold | 02/17/14 | N | G | |
| 621. - - Rayonier, Inc. | B | Dividend | M | T | | | | | |
| 622. - - Rayonier Adv Materials | B | Dividend | K | T | Buy | 07/07/14 | J | | |
| 623. - - Raytheon Co. New | A | Dividend | M | T | Buy | 11/10/14 | M | | |
| 624. - - Republic Services, Inc. | D | Dividend | N | T | | | | | |
| 625. - - Royal Dutch Shell PLC Spons ADR Repstg B SHS | D | Dividend | M | T | | | | | |
| 626. - - San Juan Basin Realty TR Unit Ben Int | D | Int./Div. | M | T | | | | | |
| 627. - - Schnitzer Stl Inds | C | Dividend | | | Sold | 10/15/14 | M | | |
| 628. - - Sanofi Spon ADR | C | Dividend | M | T | Buy | 11/10/14 | M | | |
| 629. - - Smuker JM Co New | A | Dividend | M | T | Buy | 11/10/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630.  - - Southern Co. | D | Dividend | M | T | | | | | |
| 631.  - - Sysco Corp. | D | Dividend | M | T | | | | | |
| 632.  - - Tesla Mtrs Inc. | | None | O | T | | | | | |
| 633. | | | | | Sold (part) | 01/17/14 | J | | |
| 634.  - - United Tech Corp | B | Dividend | M | T | Buy | 11/10/14 | M | | |
| 635.  - - Ventas, Inc. | C | Dividend | M | T | | | | | |
| 636.  - - Virginia Electric & Pwr Co PFD | B | Dividend | | | Sold | 10/20/14 | L | C | |
| 637.  - - Verizon Comm | B | Dividend | K | T | Buy | 11/10/14 | L | | |
| 638.  - - Vodafone Group PLC New | D | Dividend | | | Sold | 02/25/14 | L | | |
| 639.  - - WTB Finl Corp CMT CL B COM Non Vtg | B | Dividend | M | T | | | | | |
| 640.  - - Wisconsin Pub SVC Corp PFD | D | Dividend | M | T | | | | | |
| 641.  - -XYLEM, Inc. | C | Dividend | N | T | | | | | |
| 642.  - -Ann Arbor Mich Trans FDR REF | B | Interest | M | T | | | | | |
| 643.  - -Baltimore Cnty, MD CTFS | C | Interest | N | T | | | | | |
| 644.  - -Benton Cnty, Wash GO Ser 2003 | D | Interest | M | T | | | | | |
| 645.  - -Georgia State GO BDS Ser 2007 | B | Interest | M | T | | | | | |
| 646.  - - Eaton Rapids Mich Pub SCHS GO School BDS | C | Interest | | | Sold | 05/01/14 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

White, Helene N.

9/21/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. - - Southfield Mich Pub SCHS GO School BDS | B | Interest | | | Sold | 05/01/14 | N | | |
| 648. - - Southfield Mich Pub SCHS GO School BDS | B | Interest | | | Sold | 05/01/14 | M | | |
| 649. - - Wayne Mich LTD GO BDS SER | B | Interest | | | Sold | 10/01/14 | N | | |
| 650. - - Puerto Rico Comwlth Hwy & Transp | E | Interest | N | T | | | | | |
| 651. - - Puerto Rico Comwlth Hwy & Transp | C | Interest | M | T | | | | | |
| 652. - - Puerto Rico Comwlth Hwy & Transp | D | Interest | M | T | | | | | |
| 653. - - Puerto Rico Comwlth REFGO Bds Ser 2006A | C | Interest | M | T | | | | | |
| 654. - - Puerto Rico Elec Pwr Quth Pwr | D | Interest | N | T | | | | | |
| 655. - - Puerto Rico Comwlth Hwy & Trans Auth | D | Interest | M | T | | | | | |
| 656. - - Dallas, TX GO Bds | D | Interest | N | T | | | | | |
| 657. - - King Cnty, Wash Ltd Tax GO | E | Interest | O | T | | | | | |
| 658. - - Ann Arbor Mich LTD GO BDS MAINTENANCE | D | Interest | M | T | | | | | |
| 659. - - Battle Creek Mich LTD GO REF BDS | D | Interest | N | T | | | | | |
| 660. - - Three Rivers Mich Cmnty SCHS GO | C | Interest | M | T | | | | | |
| 661. - - Detroit Mich Sew Disprev | E | Interest | N | T | | | | | |
| 662. - - Oregon State Dept Trans | C | Interest | M | T | | | | | |
| 663. - - Utah State GO BDS Ser 2009C | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. - - King Cnty, Wash Sch Dist No 405 | D | Interest | N | T | | | | | |
| 665. - - Michigan Muni Bd Auth Rev Clean Water | B | Interest | L | T | | | | | |
| 666. - -Northview, MI Pub Sch | D | Interest | N | T | | | | | |
| 667. - - Conroe, Texas Indpt Sch Dist GO | C | Interest | M | T | | | | | |
| 668. - - King Co Washington Sch Dist No 411 | D | Interest | N | T | | | | | |
| 669. - - Minnesota State GO ST Truck SWY Bds | D | Interest | N | T | | | | | |
| 670. - - North Thurston Pub Schls Washington GO Ref Bds | B | Interest | M | T | | | | | |
| 671. - - Overland Park KS Internal | B | Interest | M | T | | | | | |
| 672. - - San Antonio Tex Gen Impt Bds | C | Interest | N | T | | | | | |
| 673. - - Seattle, Wash GO Impt Bds | B | Interest | M | T | | | | | |
| 674. - -Houston, TX Indpt Sch Dist RFDG Ser A | B | Interest | M | T | Buy | 05/08/14 | M | | |
| 675. - - Alpine, UT Sch Dist Sch Bldg | A | Interest | N | T | Buy | 10/30/14 | N | | |
| 676. - - Conroe, TX Indpt Sch Dist | A | Interest | L | | Buy | 11/22/14 | L | | |
| 677. - - Washington Cnty, MD Pub Impt B/E | B | Interest | M | T | Buy | 05/08/14 | M | | |
| 678. - -College Station, TX Indpt Sch Dist Sch Bldg | A | Interest | M | T | Buy | 05/08/14 | M | | |
| 679. - - Ft Worth, TX Indpt Sch Dist Sch Bldg Rev B/E | B | Interest | N | T | Buy | 01/17/14 | N | | |
| 680. - - King Cnty WA Sch Dist 411 Issaquah Rfdg B/E | A | Interest | L | T | Buy | 07/18/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. Brokerage Acct #11 (U.S. TRUST) | | | | | | | | | |
| 682. - - BOFA Tax Exempt Reserves | A | Interest | K | T | | | | | |
| 683. - - Eaton Vance Income Fund Boston CL 1 | D | Dividend | M | T | | | | | |
| 684. - - ETRACS Alerian MLP Infra | D | Dividend | M | T | | | | | |
| 685. - - IShares TR Cohen & Steers Realty | D | Dividend | N | T | | | | | |
| 686. - - IShares TR MSCI Emerging Markets | B | Dividend | L | T | | | | | |
| 687. - - IShares MSCI EAFE ETF | C | Dividend | M | T | | | | | |
| 688. - - Franklin Ftlg Rate Daily Access | A | Dividend | J | T | | | | | |
| 689. - - Lancaster Co. Neb Sch Dis GO Bond | D | Interest | N | T | | | | | |
| 690. - - Gwinnett Cnty GA, Wtr & Sewer BDS | D | Interest | N | T | | | | | |
| 691. - - Columbia Acorn TR Fund CL Z | C | Dividend | L | T | | | | | |
| 692. - - Brazos Cnty Tex CTFS of OBL LTD Bonds | D | Interest | M | T | | | | | |
| 693. - - Cook Cnty Ill GO Bonds | D | Interest | N | T | | | | | |
| 694. - - Pigeon Forge Tenn GO Ref Bonds | D | Interest | M | T | | | | | |
| 695. - - BA Hedge Fund Direct LP Kingdon | A | Int./Div. | O | T | Buy | 05/22/14 | O | | |
| 696. - - Clarksville, Tenn Elec Sys. Rev Bond | D | Interest | N | T | | | | | |
| 697. - - Ithaca City NY Pub Imp Bds | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

White, Helene N.                                    9/21/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698.  - - Ohio State Wtr Dev Auth | D | Interest | N | T | | | | | |
| 699.  - - Cedar Park, Tex GO Ref Bonds | D | Interest | N | T | | | | | |
| 700.  - - Clark Cnty Nev LDT Tax Ref Bonds | E | Interest | M | T | | | | | |
| 701.  - - Clark Cnty Nev for Issues dtd GO LTD Tax Trans Ref Bds | D | Interest | N | T | | | | | |
| 702.  - - JEA Fla Elec Sys Rev Bonds | D | Interest | M | T | | | | | |
| 703.  - - Madison Cnty Miss Sch Dist Bonds | D | Interest | N | T | | | | | |
| 704.  - - Royce Opp Fund | | None | L | T | | | | | |
| 705.  - - Hillsborough Cnty Fla Environmental BD | D | Interest | N | T | | | | | |
| 706.  - Brokerage Account #11 US Trust Sub-Acct B | | | | | | | | | |
| 707.  - - BOFA Tax Exempt Money Fund | A | Int./Div. | K | T | | | | | |
| 708.  - - Altria Group, Inc. | B | Dividend | K | T | | | | | |
| 709.  - - AT&T | B | Dividend | K | T | | | | | |
| 710.  - - BCE, Inc. | A | Dividend | K | T | | | | | |
| 711.  - - Boeing Co | A | Dividend | J | T | | | | | |
| 712.  - - Chevron Corp | A | Dividend | K | T | | | | | |
| 713.  - - Cisco Systems, Inc. | A | Dividend | K | T | | | | | |
| 714.  - - Conoco Philips | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting                                    Date of Report

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. - - Corning, Inc. | A | Dividend | J | T | | | | | |
| 716. - - Diamond Offshore Drilling, Inc. | A | Dividend | K | T | | | | | |
| 717. - - Dominion Resources | A | Dividend | | | Sold | 06/24/14 | K | | |
| 718. - - DuPont El De Nemours & Co. | A | Dividend | K | T | | | | | |
| 719. - - General Electric | A | Dividend | K | T | | | | | |
| 720. - - Intel Corp | A | Dividend | K | T | | | | | |
| 721. - - Johnson & Johnson | A | Dividend | K | T | | | | | |
| 722. - - JP Morgan Chase & Co | A | Dividend | K | T | | | | | |
| 723. - - Kimberly Clark | A | Dividend | K | T | | | | | |
| 724. - - Lilly Eli & Co | B | Dividend | K | T | | | | | |
| 725. - - Merck & Co Inc. | A | Dividend | K | T | | | | | |
| 726. - - MetLife, Inc. | A | Dividend | K | T | | | | | |
| 727. - - Microsoft Corp. | A | Dividend | K | T | | | | | |
| 728. - - Nextera Energy | A | Dividend | K | T | | | | | |
| 729. - - Philip Morris Intl | A | Dividend | K | T | | | | | |
| 730. - - Pfizer, Inc. | A | Dividend | K | T | Buy | 06/17/14 | K | | |
| 731. - - Raytheon Co. | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. - - Symantec Corp | A | Dividend | K | T | Buy | 03/20/14 | K | | |
| 733. - - Travelers Cos, Inc. | A | Dividend | K | T | | | | | |
| 734. - - 3M Co. | A | Dividend | K | T | | | | | |
| 735. - -Genuine Parts Co. | A | Dividend | K | T | | | | | |
| 736. - - Astrazeneca PLC | B | Dividend | K | T | | | | | |
| 737. - - Halyard Health, Inc. | A | Dividend | J | T | Buy | 03/20/14 | J | | |
| 738. - - CNOOC, Ltd | A | Dividend | K | T | Buy | 07/17/14 | K | | |
| 739. - - Diagio PLC | A | Dividend | K | T | | | | | |
| 740. - - HSBC Holdings | A | Dividend | K | T | | | | | |
| 741. - -Royal Dutch Shell PLC | B | Dividend | K | T | | | | | |
| 742. - - Unilever NV | A | Dividend | K | T | | | | | |
| 743. - -Vodafone | B | Dividend | K | T | | | | | |
| 744. - - HCP Reit | A | Dividend | K | T | | | | | |
| 745. - -Health Care Reit | A | Dividend | K | T | | | | | |
| 746. - Brokerage Account #11 US Trust Sub-Acct C | | | | | | | | | |
| 747. - - BOFA Tax Exempt Fund | A | Int./Div. | K | T | | | | | |
| 748. - - Adobe Sys, Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

White, Helene N.

9/21/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. - - Advanced Auto Parts | A | Dividend | K | T | Buy | 10/20/14 | K | | |
| 750. - - Amazon | | None | K | T | | | | | |
| 751. - - Apple, Inc. | | None | K | T | | | | | |
| 752. - - Biogen Idec Inc. | | None | K | T | | | | | |
| 753. - - Celegene Corp | A | Dividend | K | T | | | | | |
| 754. - - Cerner Corp | | None | K | T | | | | | |
| 755. - - Chipolte Mexican Grill | A | Dividend | | | Sold | 04/23/14 | K | D | |
| 756. - - Citrix Sys Inc. | | None | | | Sold | 02/04/14 | J | A | |
| 757. - - CME Group, Inc. | A | Dividend | | | Sold | 04/07/14 | K | | |
| 758. - - Cummins, Inc. | A | Dividend | | | Sold | 09/10/14 | J | A | |
| 759. - - Ecolab, Inc. | A | Dividend | | | Sold | 10/08/14 | J | A | |
| 760. - - EOG RES, Inc. | | None | J | T | Buy | 12/10/14 | J | | |
| 761. - - Facebook, Inc. | A | Dividend | K | T | | | | | |
| 762. - - Gilead Sciences, Inc. | A | Dividend | K | T | | | | | |
| 763. - - Google, Inc. | A | Dividend | K | T | Buy | 04/11/14 | K | | |
| 764. - - Linked In Corp | | None | | | Sold | 01/23/14 | J | D | |
| 765. - - Michael Kors Holdings, Ltd | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. - - Monsanto Co, New | | None | | | Sold | 01/28/14 | K | B | |
| 767. - - Monster Beverage Corp | A | Dividend | K | T | Buy | 04/09/14 | K | | |
| 768. - - Priceline.com, Inc. New | A | Dividend | K | T | | | | | |
| 769. - - Precision Cast Parts Corp | A | Dividend | K | T | Buy | 04/10/14 | K | | |
| 770. - - Qualcomm, Inc. | | | | | Sold | 01/23/14 | K | D | |
| 771. - - Sandisk Corp | A | Dividend | K | T | Buy | 08/25/14 | K | | |
| 772. - - Schwab Charles Corp New | A | Dividend | K | T | | | | | |
| 773. - - Sherwin Williams Co. | | None | K | T | Buy | 12/10/14 | K | | |
| 774. - - Skyworks Solutions | A | Dividend | K | T | Buy | 08/06/14 | K | | |
| 775. - - Starbucks Corp | A | Dividend | K | T | | | | | |
| 776. - - Twenty-First Century Fox | A | Dividend | | | Sold | 07/30/14 | K | | |
| 777. - - Alliance Data Sys Corp | A | Dividend | K | T | | | | | |
| 778. - - Alexion Parmaceuticals, Inc. | | None | K | T | | | | | |
| 779. - -FMC Technologies, Inc. | A | Dividend | K | T | | | | | |
| 780. - -Mohawk Inds Inc. | | None | | | Sold | 07/15/14 | K | | |
| 781. - - Canandian PAC RY Ltd | A | Dividend | K | T | | | | | |
| 782. - - Catamaran Corp Cananda | A | Dividend | | | Sold | 04/11/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 783. - - Ali Baba Group Hldg | A | Dividend | J | T | Buy | 10/20/14 | J | | |
| 784. - -United Rentals, Inc. | | None | J | T | Buy | 10/24/14 | J | | |
| 785. - - Visa, Inc. | A | Dividend | K | T | | | | | |
| 786. - - Affiliated Managers Group | A | Dividend | K | T | | | | | |
| 787. - - VM Ware, Inc. | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 788. - - Hunt JB Trans Svcs Inc. | A | Dividend | | | Sold | 03/28/14 | K | B | |
| 789. - - Tractor Supply Co | A | Dividend | K | T | | | | | |
| 790. 529 Plan #1 - ▮ (Scholar's Choice Age Based) | | None | M | T | | | | | |
| 791. 529 Plan #2 - ▮ (Scholar's Choice Age Based) | | None | J | T | | | | | |
| 792. 529 Plan #3 - ▮ (Scholar's Choice Age Based) | | None | | | Distributed | 12/10/14 | K | | |
| 793. 529 Plan #4 - ▮ (Scholar's Choice Age Based) | | None | | | Distributed | 08/05/14 | J | | |
| 794. 529 Plan #5 - ▮ (Scholar's Choice Age Based) | | None | K | T | | | | | |
| 795. BrokAcct #12 Morg. Stan. Distrib to the LTR 2010 TR (Prom Notes) | | | | | | | | | |
| 796. - - Money Market Funds - Morgan Stanley Bank, N.A. | A | Interest | | | Distributed | 02/21/14 | L | | |
| 797. - - Detroit Sewer Bond Ser C | A | Interest | | | Distributed | 02/21/14 | M | | |
| 798. - - Genesee Mich Bond | A | Interest | | | Distributed | 02/21/14 | N | | |
| 799. - - Miami Dade Bond (Co FL Edl Facs) | A | Interest | | | Distributed | 02/21/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. - - Det Mich Sew Disp Rev Ref Ser A Bond | C | Interest | | | Distributed | 02/21/14 | K | | |
| 801. - - Detroit Mich Sew Disp Rev Sen Lien A | B | Interest | | | Distributed | 02/21/14 | L | | |
| 802. - -Detroit Mich Sew Disp Rev Sen Lien C | C | Interest | | | Distributed | 02/21/14 | K | | |
| 803. - - Det Water Supply Systems Bond Ser A | C | Interest | | | Distributed | 02/21/14 | M | | |
| 804. - - Philadelphia PA Water & Waste Water Rev Ref Ser A | B | Interest | | | Distributed | 02/21/14 | L | | |
| 805. - - Chicago, Ill GO Bond | C | Interest | | | Distributed | 02/21/14 | M | | |
| 806. - - FL State Dept Env Protectin Bond | C | Interest | | | Distributed | 02/21/14 | M | | |
| 807. - - Sunrise FL Utility Bond | | None | | | Distributed | 02/21/14 | M | | |
| 808. - - Utah WTR FIN AGY Bond | | None | | | Distributed | 02/21/14 | M | | |
| 809. - - Allegheny Co PA GO Bond | | None | | | Distributed | 02/21/14 | M | | |
| 810. - - Neveda State Higher Ed Bond | B | Interest | | | Distributed | 02/21/14 | L | | |
| 811. - - Miami-Dade Co, FL School Board Bond | | None | | | Distributed | 02/21/14 | M | | |
| 812. - - Det Mich Water Supply Series D Bond | C | Interest | | | Distributed | 02/21/14 | M | | |
| 813. - - Wisconsin State Health & Ed Bond | | None | | | Distributed | 02/21/14 | M | | |
| 814. - - Blackrock National Muni C | | None | | | Distributed | 01/26/14 | M | | |
| 815. | | | | | Distributed | 02/21/14 | M | | |
| 816. - - Blackrock Global Allocation C | A | Dividend | | | Distributed | 02/21/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. - - First Eagle Global C | A | Dividend | | | Distributed | 02/21/14 | M | | |
| 818. - - Templeton Global Bond Fund C | A | Dividend | | | Distributed | 02/21/14 | M | | |
| 819. - - Invesco Balanced-Risk Alloc C | A | Dividend | | | Distributed | 02/21/14 | N | | |
| 820. - - Unit First Trust Int Rate Hedge 55 | D | Dividend | | | Distributed | 02/21/14 | M | | |
| 821. - -Unit First Trust Target Gobal Div 4th Qtr 12 | D | Dividend | | | Distributed | 02/21/14 | M | | |
| 822. - - Unit First Trust Strat Inc Adv Select CE 33 | A | Dividend | | | Distributed | 02/21/14 | M | | |
| 823. - - Unit First Trust Target Global Div Leaders 2nd Q 13 | B | Dividend | | | Distributed | 02/21/14 | N | | |
| 824. - - Unit Guggenheim MLP 1 | D | Dividend | | | Distributed | 02/21/14 | N | | |
| 825. - - Unit Guggenheim MLP 3 | A | Dividend | | | Distributed | 02/21/14 | M | | |
| 826. - - Unit Van Kampen High Income Allocation 2 | A | Dividend | | | Distributed | 02/21/14 | M | | |
| 827. Brokerage Acct #13 Merrill Lynch | | | | | | | | | |
| 828. - - CMA Funds | A | Interest | K | T | | | | | |
| 829. - - Blackrock Muni, Inc. | C | Dividend | K | T | | | | | |
| 830. - - Franklin FL Tax Free | D | Dividend | M | T | | | | | |
| 831. IRA - Morgan Stanley | A | Interest | J | T | | | | | |
| 832. - - MS Focus Growth Fd A | | | | | | | | | |
| 833. Remic Fund 46 | C | Interest | | | Distributed | 06/30/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

White, Helene N.

9/21/2015

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834.  Option on Real Property in NYC | | None | P1 | T | | | | | |
| 835.  Remic Fund 50 | A | Interest | J | T | Distributed (part) | 06/30/14 | K | | |
| 836.  Home Properties, LLC | F | Rent | N | U | | | | | |
| 837.  - - Real Property Oak Park Michigan | | | | | | | | | |
| 838.  Well Zoo (Equity Interest) | | None | N | T | | | | | |
| 839.  RCF Telecom (Membership Interest) | | None | N | T | | | | | |
| 840.  Unit 610, LLC (Membership Interest) Snowmass, Colorado | D | Rent | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This date is based on my belief that a portion of my salary as a Common Pleas judge was paid by the state.

FINANCIAL DISCLOSURE REPORT

Page 56 of 56

Name of Person Reporting

White, Helene N.

Date of Report

9/21/2015

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Helene N. White**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544